COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 December 7, 2016
 No. 10-16-00407-CR
 FREDDIE WALLACE
 v.
 THE STATE OF TEXAS
 
 center-4254500
 From the 272[nd] District Court
 Brazos County, Texas
 Trial Court No. 05-03424-CRF-272
 
--------------------------------------------------------------------------------
JUDGMENT

 This proceeding has been considered by the Court. Because the Court finds that it does not have jurisdiction of the proceeding, it is the judgment of this Court that the proceeding is dismissed. 
 A copy of this judgment will be certified by the Clerk of this Court.
 PER CURIAM
 SHARRI ROESSLER, CLERK294576517462500
 
By: ___________________________
 Nita Whitener, Deputy Clerk
429846711703100